No. 01–10549. ROBINSON *v.* REISH, WARDEN. C. A. 3d Cir. Certiorari denied. 

No. 01–10550. NELSON *v.* STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–10552. TIGGART *v.* ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 01–10553. TURKS *v.* KAYLO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10554. KALSKI *v.* CALIFORNIA ASSOCIATION OF PROFESSIONAL EMPLOYEES. C. A. 9th Cir. Certiorari denied. 

No. 01–10555. BREDEMANN *v.* GRANT ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10556. LUCAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 01–10557. JACKSON *v.* MARSHALL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 01–10558. JACKSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10559. MCSWAIN *v.* COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 01–10560. MORGAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 01–10562. KIBLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 01–10563. LEONARD *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 01–10564. JONES *v.* VIRGINIA DEPARTMENT OF SOCIAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied.